# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 2:14-CR-00010 LKK |
| **CHAD CARL JAYCOX,** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum ☐ Ad Testificandum

Name of Detainee: Chad Carl Jaycox
Detained at: Sutter County Jail
Detainee is:  a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
 charging detainee with: 18 U.S.C. § 2252(a)(2) Receipt of Child Pornography.
 or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
 or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **FORTHWTH** in the Eastern District of California.*

Signature: /s/ *Matthew G. Morris*
Printed Name & Phone No: MATTHEW G. MORRIS (916) 554-2771
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: April 24, 2014 /s/ Kendall J. Newman
 Honorable Kendall J. Newman
 U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | 59370 | DOB: | 04/11/1990 |
| Facility Address: | 1077 Civic Center Blvd, Yuba City, CA | Race: | W |
| Facility Phone: | (530) 822-7302 | FBI#: | |
| Currently | Annoy/Mol vict. Under | | |

## RETURN OF SERVICE

Executed on: _____  _____
 (signature)