HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHAD CARL JAYCOX,<br><br>  Defendant. | Case No. 2:14-cr-010 LKK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME<br><br>Date:   September 30, 2014<br>Time:   9:15 a.m.<br>Judge:  Honorable Lawrence K. Karlton |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew M. Scoble, attorney for Chad Carl Jaycox, that the status conference date of August 5, 2014, 2014 be continued to September 30, 2014 at 9:15 a.m.

This continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 30, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

///

///

///

Stipulation to Continue Status Conference           -1-           *US v. Jaycox, 14-cr-010 LKK*

| | |
|---|---|
| DATED: July 25, 2014 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Matthew M. Scoble*<br>MATTHEW M. SCOBLE<br>Assistant Federal Defender<br>Attorney for CHAD CARL JAYCOX |
| DATED: July 25, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Matthew M. Scoble for*<br>MATTHEW MORRIS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the August 5, 2014 status conference is continued to September 30, 2014 at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the September 30, 2014 hearing date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

DATED:  August 5, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT