HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW M. SCOBLE, #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorney for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-010 MCE |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | |
| CHAD CARL JAYCOX, | Date:   October 30, 2014
Time:   9:00 a.m. |
| Defendant. | Judge:  Honorable Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Matthew M. Scoble, attorney for Chad Carl Jaycox, that the status conference date of October 2, 2014, 2014 be continued to October 30, 2014 at 9:05 a.m.

This continuance is to allow defense counsel additional time to review discovery with the defendant, as well as continue negotiations toward resolving the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 30, 2014 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: September 29, 2014            Respectfully submitted,

                                     HEATHER E. WILLIAMS
                                     Federal Defender

                /s/ Matthew M. Scoble
                MATTHEW M. SCOBLE
                Assistant Federal Defender
                Attorney for CHAD CARL JAYCOX

DATED: September 29, 2014       BENJAMIN B. WAGNER
                United States Attorney

                /s/ Matthew Morris
                MATTHEW MORRIS
                Assistant U.S. Attorney
                Attorney for Plaintiff

## **ORDER**

Upon good cause shown and the stipulation of all parties, it is ORDERED that the October 2, 2014 status conference is CONTINUED to October 30, 2014 at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the October 30, 2014 hearing date shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

     IT IS SO ORDERED.

Dated:  October 2, 2014

                MORRISON C. ENGLAND, JR., CHIEF JUDGE
                UNITED STATES DISTRICT COURT