HEATHER E. WILLIAMS, #122664
Federal Defender
Matthew M. Scoble, #237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
matthew.scoble@fd.org

Attorney for Defendant
Chad Carl Jaycox

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case № 2:14-cr-010 MCE |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| Chad Carl Jaycox, | DATE: May 28, 2015<br>TIME 9:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Matthew M. Scoble, attorney for Chad Carl Jaycox, that the status conference scheduled for April 23, 2015 be vacated and be continued to May 28, 2015 at 9:00 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation, as well as continue negotiations toward a non-trial disposition.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including May 28, 2015, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

| | | |
|---|---|---|
| DATED: April 20, 2015 | | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender<br><br>*/s/ Matthew M. Scoble*<br>Matthew M. Scoble<br>Assistant Federal Defender<br>Attorney for Chad Carl Jaycox |
| DATED: April 20, 2015 | | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Matthew M. Scoble for*<br>Matthew Morris<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. Time from the date the parties stipulated, up to and including May 28, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). The April 23, 2015 status conference is continued to May 28, 2015, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  April 24, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT