HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org

Attorney for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-010 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CHAD CARL JAYCOX, | DATE: March 25, 2016 |
| Defendant. | TIME 9:00 a.m. |
| | JUDGE: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather

Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Chad

Carl Jaycox, that the status conference scheduled for March 25, 2016 be vacated and be

continued to May 20, 2016 at 9:00 a.m.

The reasons for the continuance are to investigate the facts of the case, review discovery

and to negotiate a resolution to this matter.  Additonally, defense counsel, Jerome Price, was

recently assigned to this case in place of Matthew S. Scoble.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

excluded from this order's date through and including May 20, 2016,  pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4

based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order                               -1-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: March 23, 2016                    Respectfully submitted,
                                         HEATHER E. WILLIAMS
                                         Federal Defender


                                         */s/ Jerome Price*
                                         JEROME PRICE
                                         Assistant Federal Defender
                                         Attorney for Chad Carl Jaycox

DATED: March 23, 2016                    BENJAMIN B. WAGNER
                                         United States Attorney


                                         */s/ Matthew Morris*
                                         MATTHEW MORRIS
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

Stipulation and [Proposed] Order                    -2-

1

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'
stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as
its order. The Court specifically finds the failure to grant a continuance in this case would deny
counsel reasonable time necessary for effective preparation, taking into account the exercise of
due diligence.  The Court finds the ends of justice are served by granting the requested
continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including May
20, 2016, shall be excluded from computation of time within which the trial of this case must be
commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)
[reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further
ordered the March 25, 2016 status conference shall be continued until May 20, 2016, at 9:00 a.m.
before Hon. Garland E. Burrell, Jr.


Dated:  March 24, 2016


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and [Proposed] Order                           -3-