HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org

Attorney for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-0010-GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| CHAD CARL JAYCOX, | DATE:  August 26, 2016<br>TIME   9:00 a.m. |
| Defendant. | JUDGE:  Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Chad Carl Jaycox, that the status conference scheduled for August 26, 2016 be vacated and be continued to October 28, 2016 at 9:00 a.m.

The reasons for the continuance are to continue investigating the facts of the case, reviewing discovery and negotiating a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including October 28, 2016,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

| | | |
|---|---|---|
| 1 | DATED: August 25, 2016 | Respectfully submitted,<br>HEATHER E. WILLIAMS<br>Federal Defender |
| | | |
| | | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorney for Chad Carl Jaycox |
| 6 | DATED: August 25, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | | |
| | | */s/ Matthew Morris*<br>MATTHEW MORRIS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 28, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the August 26, 2016 status conference shall be continued until October 28, 2016, at 9:00 a.m. before Hon. Garland E. Burrell, Jr.

Dated: August 25, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge