HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org

Attorney for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHAD CARL JAYCOX,<br><br>　　　　　Defendant. | Case No. 2:14-cr-0010-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　　January 6, 2017<br>TIME　　　9:00 a.m.<br>JUDGE:　　Hon. Garland E. Burrell, Jr. |

　　　　IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Chad Carl Jaycox, that the status conference scheduled for January 6, 2017 be vacated and be continued to March 24, 2017 at 9:00 a.m.

　　　　The reasons for the continuance are to continue investigating the facts of the case, reviewing discovery and negotiating a resolution to this matter.

　　　　 Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including March 24, 2017,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| 1 | DATED: January 4, 2017 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | */s/ Jerome Price*<br>JEROME PRICE |
| 5 | | Assistant Federal Defender<br>Attorney for Chad Carl Jaycox |
| 6 | DATED: January 4, 2017 | PHILLIP A. TALBERT<br>United States Attorney |
| 7 | | |
| 8 | | */s/ Matthew Morris*<br>MATTHEW MORRIS |
| 9 | | Assistant U.S. Attorney<br>Attorney for Plaintiff |

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including March 24, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the January 6, 2017 status conference shall be continued until March 24, 2017, at 9:00 a.m. before Hon. Garland E. Burrell, Jr.**

Dated:  January 4, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge