HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org

Attorney for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-0010-GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| CHAD CARL JAYCOX, | DATE:       March 24, 2017 |
| Defendant. | TIME        9:00 a.m. |
| | JUDGE:     Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Matthew Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Chad Carl Jaycox, **that the status conference scheduled for March 24, 2017 be vacated and continued to June 16, 2017 at 9:00 a.m.**

The reasons for the continuance are to continue investigating the facts of the case, reviewing discovery and negotiating a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including June 16, 2017,  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: March 21, 2017

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Chad Carl Jaycox

DATED: March 21, 2017

PHILLIP A. TALBERT
United States Attorney

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant U.S. Attorney
Attorney for Plaintiff

1

## ORDER

2          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.  The Court finds the ends of justice are served by granting the requested

7   continuance and outweigh the best interests of the public and defendant in a speedy trial.

8          The Court orders the time from the date the parties stipulated, up to and including June

9   16, 2017, shall be excluded from computation of time within which the trial of this case must be

10  commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv)

11  [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further**

12  **ordered the March 24, 2017 status conference shall be continued until June 16, 2017, at**

13  **9:00 a.m. before Hon. Garland E. Burrell, Jr.**

14  Dated:  March 22, 2017

15

16

17  _____
    GARLAND E. BURRELL, JR.
18  Senior United States District Judge

19

20

21

22

23

24

25

26

27

28