| | |
|---|---|
| HEATHER E. WILLIAMS, #122664<br>Federal Defender<br>JEROME PRICE, #282400<br>Assistant Federal Defender<br>801 I Street, 3rd Floor<br>Sacramento, CA 95814<br>Tel: 916-498-5700/Fax 916-498-5710<br>Jerome_Price@fd.org<br><br>Attorney for Defendant<br>CHAD CARL JAYCOX | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>CHAD CARL JAYCOX,<br><br>           Defendant. | Case No. 2:14-cr-010-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:     June 22, 2018<br>TIME      9:00 a.m.<br>JUDGE:   Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew G. Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Chad Carl Jaycox, **that the status conference scheduled for June 22, 2018 be vacated and continued to July 6, 2018 at 9:00 a.m. for a Change of Plea Heearing or Trial Setting Conference.**

The continuance is requested to enable defense counsel to continue fact investigation, discovery review, legal research and negotiating a resolution to this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including July 6, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and [Proposed] Order to Continue the Status Conference     -1-

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | |
| 3 | DATED: June 20, 2018 | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender |
| 6 | | Attorney for Chad Carl Jaycox |
| 7 | DATED: June 20, 2018 | McGREGOR W. SCOTT<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Matthew G. Morris*<br>MATTHEW G. MORRIS |
| 10 | | Assistant United States Attorney<br>Attorney for Plaintiff |

# ORDER

IT IS HEREBY ORDERED, the Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including July 6, 2018 shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) (reasonable time for counsel to prepare) and General Order 479, (Local Code T4). **It is further ordered the June 22, 2018 status conference shall be vacated and continued until July 6, 2018, at 9:00 a.m. for a Change of Plea Hearing or Trial Setting Conference.**

Dated: June 21, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge