HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No. 2:14-cr-0010-GEB
)
Plaintiff, ) **STIPULATION AND [PROPOSED] ORDER**
) **TO CONTINUE PRESENTENCE**
vs. ) **SCHEDULE AND JUDGMENT &**
) **SENTENCING**
CHAD CARL JAYCOX, )
) Date: September 21, 2018
Defendant. ) Time: 9:00 a.m.
) Judge: Hon. Garland E. Burrell, Jr.

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew Morris, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Chad Carl Jaycox, that the sentencing hearing **may be continued to November 16, 2018**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| The Draft Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/5/18 |
| Informal Objections Due to Probation and Opposing Counsel no later than: | 10/19/18 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 10/26/18 |

Stipulation and Order to Continue PSR Schedule       -1-

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/2/18 |
| Reply or statement of non-opposition: | 11/9/18 |
| Judgment and Sentencing Date: | 11/16/18 |

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing. Probation is aware of this stipulation and does not oppose the request. The government has no objection or opposition to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 10, 2018

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
CHAD CARL JAYCOX

Date: August 10, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Matthew Morris*
MATTHEW MORRIS
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that the draft presentence report due on October 5, 2018, any informal objections due on October 19, 2018, the final Pre-Sentence Report disclosed on October 26, 2018, any formal objections due on November 2, 2018, any replies due on November 9, 2018, and the sentencing hearing reset for November 16, 2018 at 9:00 a.m. before Honorable Garland E. Burrell, Jr.

IT IS SO ORDERED.

Dated: August 13, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge