| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664<br>Federal Defender |
| 2 | JEROME PRICE, SBN # 282400<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant<br>CHAD CARL JAYCOX |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHAD CARL JAYCOX,<br><br>　　　　Defendant. | Case No. 2:14-cr-0010-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRESENTENCE SCHEDULE AND JUDGMENT & SENTENCING**<br><br>Date:　January 18, 2019<br>Time:　9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew Morris, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Chad Carl Jaycox, that the sentencing hearing **may be continued to February 15, 2019**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| Informal Objections Due to Probation and Opposing Counsel no later than: | 1/11/19 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 1/25/19 |
| The formal objection shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 2/1/19 |

Stipulation and Order to Continue PSR Schedule　　-1-

| | | |
|---|---|---|
| 1 | Reply or statement of non-opposition: | 2/8/19 |
| 2 | Judgment and Sentencing Date: | 2/15/19 |

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing. Probation is aware of this stipulation and does not oppose the request. The government has no objection or opposition to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 19, 2018

/s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
CHAD CARL JAYCOX

Date: December 19, 2018

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew Morris
MATTHEW MORRIS
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that any informal objections due on January 11, 2019, the final Pre-Sentence Report disclosed on January 25, 2019, any formal objections due on February 1, 2019, any replies due on February 8, 2019, and the sentencing hearing reset for February 15, 2019 at 9:00 a.m. before Honorable Garland E. Burrell, Jr.

IT IS SO ORDERED.

Dated:  January 3, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge