HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-cr-0010-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **TO CONTINUE PRESENTENCE** |
| vs. | ) **SCHEDULE AND JUDGMENT &** |
| | ) **SENTENCING** |
| CHAD CARL JAYCOX, | ) |
| | ) Date: February 15, 2019 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew Morris, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Chad Carl Jaycox, that the sentencing hearing **may be continued to February 22, 2019**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| The formal objection shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 2/8/19 |
| Reply or statement of non-opposition: | 2/15/19 |
| Judgment and Sentencing Date: | 2/22/19 |

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing. Probation is aware of this

Proposed Stipulation and Order to Continue PSR Schedule.    -1-

stipulation and does not oppose the request. The government has no objection or opposition to the continuance.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: January 31, 2019                   */s/ Jerome Price*
                                          JEROME PRICE
                                          Assistant Federal Defender
                                          Attorneys for Defendant
                                          CHAD CARL JAYCOX

Date: January 31, 2019                   MCGREGOR W. SCOTT
                                          United States Attorney

                                          */s/ Matthew Morris*
                                          MATTHEW MORRIS
                                          Assistant United States Attorney
                                          Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders any formal objections due on February 8, 2019, any replies due on February 15, 2019, and the sentencing hearing reset for February 22, 2019 at 9:00 a.m. before Honorable Garland E. Burrell, Jr.

IT IS SO ORDERED.

Dated: January 31, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge