McGREGOR W. SCOTT
United States Attorney
MATTHEW G. MORRIS
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD CARL JAYCOX,<br><br>Defendant. | 2:14-CR-00010-GEB<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on August 1, 2018, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the stipulation for Preliminary Order of Forfeiture entered into between plaintiff and defendant Chad Carl Jaycox forfeiting to the United States the following property:

    a. HP Pavilion computer, Model Number A475, Serial Number MXK40513V2.

AND WHEREAS, beginning on August 9, 2018, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

AND WHEREAS, no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed asset pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Chad Carl Jaycox.

2. All right, title, and interest in the above-listed assets shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: April 1, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge