HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org

Attorney for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-010-GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING** |
| v. | |
| CHAD CARL JAYCOX, | DATE: May 24, 2018<br>TIME 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew G. Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Chad Carl Jaycox, **that the restitution hearing scheduled for May 24, 2019 be vacated and continued to June 21, 2019 at 9:00 a.m.**

//
//
//
//
//
//
//

Stipulation and [Proposed] Order to Continue the Restitution Hearing

-1-

This continuance is to allow additional time for defense to brief the restitution issues.

                              Respectfully submitted,

DATED: May 22, 2019                HEATHER E. WILLIAMS
                                        Federal Defender

                              */s/ Jerome Price*
                              JEROME PRICE
                              Assistant Federal Defender
                              Attorney for Chad Carl Jaycox

DATED: May 22, 2019                McGREGOR W. SCOTT
                                        United States Attorney

                              */s/ Matthew G. Morris*
                              MATTHEW G. MORRIS
                              Assistant United States Attorney
                              Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, **that the May 24, 2019 restitution hearing shall be vacated and continued until June 21, 2019, at 9:00 a.m.**

Dated: May 23, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge