HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org

Attorney for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-cr-010-GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE RESTITUTION HEARING** |
| v. | |
| CHAD CARL JAYCOX, | DATE: June 21, 2018<br>TIME 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew G. Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Chad Carl Jaycox, **that the restitution hearing scheduled for June 21, 2019 be vacated and continued to August 23, 2019 at 9:00 a.m.**

//

//

//

//

//

//

//

Stipulation and [Proposed] Order to Continue the Restitution Hearing

-1-

This continuance is to allow additional time for defense to brief the restitution issues.

                                                                Respectfully submitted,

DATED: June 19, 2019                      HEATHER E. WILLIAMS
                                                                 Federal Defender

                                                                 */s/ Jerome Price*
                                                                 JEROME PRICE
                                                                 Assistant Federal Defender
                                                                 Attorney for Chad Carl Jaycox

DATED: June 19, 2019                      McGREGOR W. SCOTT
                                                                United States Attorney

                                                                 */s/ Matthew G. Morris*
                                                                MATTHEW G. MORRIS
                                                                Assistant United States Attorney
                                                               Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, **that the June 21, 2019 restitution hearing shall be vacated and continued until August 23, 2019, at 9:00 a.m.**

Dated: June 19, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge