1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  JEROME PRICE, #282400
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Jerome_Price@fd.org
5

6  Attorney for Defendant
   CHAD CARL JAYCOX
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | Case No. 2:14-cr-010-WBS
12 |            Plaintiff,           | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**
13 |      v.                         |
   |                                 | DATE:   January 11, 2021
14 | CHAD CARL JAYCOX,               | TIME    9:00 a.m.
   |                                 | JUDGE:  Hon. William B. Shubb
15 |            Defendant.           |

16

17        IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

18 Attorney, through Matthew G. Morris, Assistant United States Attorney, attorney for Plaintiff,

19 and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price,

20 attorney for Chad Carl Jaycox, **that the sentencing hearing scheduled for January 11, 2021 be**

21 **vacated and continued to January 25, 2021 at 9:00 a.m.**

22        1.    By previous order, this matter was set for sentencing on January, 11, 2021.

23        2.    By stipulation, Mr. Jaycox moves to continue the sentencing hearing to Jaunary

24 25, 2021 at 9:00 am.

25        3.    Parties agree that any sentencing memorandums shall be filed by January 19,

26 2021.

27        4.    This continuance is to accommodate a scheduling conflict for defense counsel as

28

well as to allow additional time to brief the restitution issues and draft sentencing memoranda.

Respectfully submitted,

DATED: December 14, 2020        HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ Jerome Price
                                JEROME PRICE
                                Assistant Federal Defender
                                Attorney for Chad Carl Jaycox

DATED: December 14, 2020        McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Matthew G. Morris
                                MATTHEW G. MORRIS
                                Assistant United States Attorney
                                Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, **that the January 11, 2021 sentencing hearing shall be vacated and continued until January 25, 2021, at 9:00 a.m. Any sentencing memoranda shall be due January 19, 2021.**

Dated: December 14, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE