1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  JEROME PRICE, #282400
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA 95814
4  Tel: 916-498-5700/Fax 916-498-5710
   Jerome_Price@fd.org

Attorney for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>CHAD CARL JAYCOX,<br><br>               Defendant. | Case No. 2:14-cr-010-WBS<br><br>**STIPULATION AND ORDER<br>TO CONTINUE SENTENCING HEARING**<br><br>DATE:      January 25, 2021<br>TIME       9:00 a.m.<br>JUDGE:    Hon. William B. Shubb |
|---|---|

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew G. Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Chad Carl Jaycox, **that the sentencing hearing scheduled for January 25, 2021 be vacated and continued to March 8, 2021 at 9:00 a.m.**

1. By previous order, this matter was set for sentencing on January 25, 2021.
2. To date, the Ninth Circuit has not acted on an unopposed motion to dismiss filed on November 9, 2020 in Case No. 19-10444. The appeal relates to the restitution order entered in this case by Judge Garland E. Burrell, Jr.
3. Since the Ninth Circuit has remanded this case for re-sentencing in Case No. 19-10077, the parties desire to resolve both the sentencing and restitution issue in the same hearing.

Stipulation and Order to Continue Sentencing Hearing                    -1-                    *United State v. Jaycox*, 2:14-cr-010-WBS

1      4.     By stipulation, the parties agree to continue the sentencing hearing to March 8, 2021 at 9:00 a.m.

3      5.     The parties agree that sentencing memoranda and briefing regarding restitution shall be filed by March 1, 2021.

Respectfully submitted,

DATED: January 19, 2021    HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Chad Carl Jaycox

DATED: January 19, 2021    McGREGOR W. SCOTT
United States Attorney

*/s/ Matthew G. Morris*
MATTHEW G. MORRIS
Assistant United States Attorney
Attorney for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED, **that the January 25, 2021 sentencing hearing shall be vacated and continued until March 8, 2021, at 9:00 a.m.  Any sentencing memoranda and briefing regarding restitution shall be due March 1, 2021.**

Dated:  January 20, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE