PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHAD CARL JAYCOX, <br><br> Defendant. | CASE NO. 2:14-CR-10-WBS <br><br> STIPULATION TO CONTINUE SENTENCING; ORDER <br><br> DATE: March 8, 2021 <br> TIME: 9:00 a.m. <br> COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for re-sentencing on remand from the Ninth Circuit on March 8, 2021.

2. By this stipulation, the parties now move to continue the re-sentencing until April 26, 2021 at 9:00 a.m. Any sentencing memorandum by either party would be due by April 19, 2021.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The Ninth Circuit has not yet acted on the parties' joint motion to remand the matter of restitution.

   b) The parties would prefer to resolve re-sentencing on all issues in one hearing.

   c) The parties have contacted the Probation Officer assigned to this case, and she is

able to arrange for a representative to be present at the new sentencing date.

IT IS SO STIPULATED.

Dated: March 3, 2021                                           PHILLIP A. TALBERT
                                                               Acting United States Attorney

                                                               /s/ MATTHEW G. MORRIS
                                                               MATTHEW G. MORRIS
                                                               Assistant United States Attorney

Dated: March 3, 2021                                           /s/ JEROME PRICE
                                                               JEROME PRICE
                                                               Counsel for Defendant
                                                               CHAD CARL JAYCOX

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 3, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE