HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org

Attorney for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHAD CARL JAYCOX,<br><br>    Defendant. | Case No. 2:14-cr-00010-WBS<br><br>**STIPULATION AND ORDER<br>TO CONTINUE SENTENCING HEARING**<br><br>DATE:  April 26, 2021<br>TIME:   9:00 a.m.<br>JUDGE: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Matthew G. Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Chad Carl Jaycox, that the sentencing hearing scheduled for April 26, 2021 be vacated and continued to June 28, 2021 at 9:00 a.m.

1. By previous order, this matter was set for sentencing on April 26, 2021.
2. To date, the Ninth Circuit has not acted on an unopposed motion to dismiss filed on November 9, 2020 in Case No. 19-10444. The appeal relates to the restitution order entered in this case by Judge Garland E. Burrell, Jr.
3. Since the Ninth Circuit has remanded this case for re-sentencing in Case No. 19-10077, the parties desire to resolve both the sentencing and restitution issue in the same hearing.

4. By stipulation, the parties agree to continue the sentencing hearing to June 28, 2021 at 9:00 a.m.

5. The parties agree that sentencing memoranda and briefing regarding restitution shall be filed by June 21, 2021.

6. The parties have contacted the Probation Officer assigned to this case and she is available for the new sentencing date.

Respectfully submitted,

DATED: April 19, 2021   HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for Chad Carl Jaycox


DATED: April 19, 2021   PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Matthew G. Morris*
MATTHEW G. MORRIS
Assistant United States Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, that the April 26, 2021 sentencing hearing shall be vacated and **CONTINUED** until **June 28, 2021**, **at 9:00 a.m.** Any sentencing memoranda and briefing regarding restitution shall be due June 21, 2021.

Dated: April 20, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE