HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Jerome_Price@fd.org

Attorney for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-010-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| v. | DATE: June 28, 2021<br>TIME  9:00 a.m.<br>JUDGE: Hon. William B. Shubb |
| CHAD CARL JAYCOX, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Matthew G. Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Chad Carl Jaycox, **that the sentencing hearing scheduled for June 28, 2021 be vacated and continued to August 2, 2021 at 9:00 a.m.**

1. By previous order, this matter was set for sentencing on June 28, 2021.
2. On May 20, 2021, the Ninth Circuit granted the parties' unopposed motion to dismiss in Case No. 19-10444.  The appeal relates to the restitution order entered in this case by Judge Garland E. Burrell, Jr.
3. By stipulation, the parties agree to continue the sentencing hearing to August 2, 2021 at 9:00 a.m.
4. The parties agree that sentencing memoranda and briefing regarding restitution

1   shall be filed by July 26, 2021.

2   5.   The parties have contacted the Probation Officer assigned to this case and she is
3   available for the new sentencing date.

Respectfully submitted,

DATED: June 16, 2021        HEATHER E. WILLIAMS
                            Federal Defender

                            */s/ Jerome Price*
                            JEROME PRICE
                            Assistant Federal Defender
                            Attorney for Chad Carl Jaycox


DATED: June 16, 2021        PHILLIP A. TALBERT
                            Acting United States Attorney

                            */s/ Matthew G. Morris*
                            MATTHEW G. MORRIS
                            Assistant United States Attorney
                            Attorney for Plaintiff

**ORDER**

**IT IS HEREBY ORDERED**, that the June 28, 2021 sentencing hearing shall be vacated and continued until August 2, 2021, at 9:00 a.m. Any sentencing memoranda and briefing regarding restitution shall be due July 26, 2021.

Dated: June 17, 2021

_WILLIAM B. SHUBB_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE