HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:14-cr-00010-WBS |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | ) | |
| CHAD CARL JAYCOX, | ) | Date:   August 2, 2021<br>Time:  9:00 A.M. |
| Defendant. | ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Matthew G. Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Chad Carl Jaycox, **that the sentencing hearing scheduled for August 2, 2021 be vacated and continued to September 7, 2021 at 9:00 a.m.**

1. By previous order, this matter was set for sentencing on August 2, 2021.

2. Due to the resumption of in-person jail visits per the reentry protocols of the Federal Defender's Office, defense counsel requires additional time to meet with Mr. Jaycox in person at Sacramento County Main Jail to effectively prepare for sentencing.

3. By stipulation, the parties agree to continue the sentencing hearing to September 7,

2021 at 9:00 a.m.

4. The parties agree that sentencing memoranda and briefing regarding restitution shall be filed by August 30, 2021.

5. The parties have contacted the Probation Officer assigned to this case and she is available for the new sentencing date.

Respectfully submitted,

DATED: July 26, 2021    HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Counsel for Chad Carl Jaycox

DATED: July 26, 2021    PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Matthew G. Morris*
MATTHEW G. MORRIS
Assistant United States Attorney
Counsel for Plaintiff

## ORDER

IT IS HEREBY ORDERED, that the August 2, 2021 sentencing hearing shall be vacated and continued until **September 7, 2021, at 9:00 a.m.**  Any sentencing memoranda and briefing regarding restitution shall be due **August 30, 2021.**

Dated:  July 27, 2021

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE