HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
CHAD CARL JAYCOX

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:14-cr-00010-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| CHAD CARL JAYCOX, | Date:   September 7, 2021 |
| Defendant. | Time:   9:00 A.M. |
| | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through Matthew G. Morris, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for Chad Carl Jaycox, **that the sentencing hearing scheduled for September 7, 2021 be vacated and continued to September 13, 2021 at 9:00 a.m.**

1. By previous order, this matter was set for sentencing on September 7, 2021.
2. By stipulation, the parties agree to continue the sentencing hearing to September 13, 2021 at 9:00 a.m.
3. The parties' sentencing memoranda were filed on August 30, 2021;

/ / /

4. Defense counsel requests additional time to respond to the Government's sentencing memoranda and to prepare the restitution memorandum. The response and restitution memorandum shall be filed by September 7, 2021.

Respectfully submitted,

DATED: August 31, 2021  HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Counsel for Chad Carl Jaycox

DATED: August 31, 2021  PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Matthew G. Morris*
MATTHEW G. MORRIS
Assistant United States Attorney
Counsel for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, **that the September 7, 2021 sentencing hearing shall be vacated and continued until September 13, 2021, at 9:00 a.m.  Any response to either party's sentencing memorandum and any memoranda regarding restitution shall be due September 7, 2021.**

Dated:  September 1, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE