PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD CARL JAYCOX,<br><br>Defendant. | CASE NO. 2:14-CR-10-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS HEARING REGARDING RESTITUTION<br><br>DATE: October 18, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference regarding restitution on October 18, 2021.

2. By this stipulation, the parties now move to continue the status conference regarding restitution until November 15, 2021. The parties continue to meet and confer regarding the appropriate course to request the Court to take on the question of restitution after remand from the Ninth Circuit.

IT IS SO STIPULATED.

STIPULATION TO CONTINUE STATUS RE: RESTITUTION            1

| | |
|---|---|
| Dated:  October 13, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | |
| | /s/ MATTHEW G. MORRIS<br>MATTHEW G. MORRIS<br>Assistant United States Attorney |
| | |
| Dated:  October 13, 2021 | HEATHER WILLIAMS<br>Federal Defender |
| | |
| | /s/ JEROME PRICE<br>JEROME PRICE<br>Assistant Federal Defender<br>Counsel for Defendant<br>CHAD CARL JAYCOX |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  October 14, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE