PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHAD CARL JAYCOX,<br><br>Defendant. | CASE NO. 2:14-CR-10-WBS<br><br>STIPULATION TO VACATE RESTITUTION HEARING<br><br>DATE: November 15, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status regarding restitution on November 15, 2021.

2. By this stipulation, defendant now moves to vacate the status hearing.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The parties have reached an agreement in principle on the resolution of the outstanding issue of restitution and intend to submit a stipulation and proposed order to that effect.

    b) The parties require time to draft the stipulation and for defense counsel to review the stipulation with the defendant before it is filed.

STIP. AND PROP. ORDER TO VACATE RESTITUTION HRG

1

4. The parties intend to file the stipulation early in the week of November 15, 2021. If unable to reach a final agreement, the parties will ask that the matter be placed back on calendar for further proceedings.

IT IS SO STIPULATED.

Dated: November 10, 2021	PHILLIP A. TALBERT
	Acting United States Attorney

	/s/ MATTHEW G. MORRIS
	MATTHEW G. MORRIS
	Assistant United States Attorney

Dated: November 10, 2021	/s/ JEROME PRICE
	JEROME PRICE
	Counsel for Defendant
	CHAD CARL JAYCOX

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 10, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE