PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-10-WBS |
| Plaintiff, | STIPULATION AND ORDER REGARDING RESTITUTION |
| v. | |
| CHAD CARL JAYCOX, | |
| Defendant. | |

**STIPULATION**

The parties stipulate and agree:

1.  That the total restitution owed in his case is $7,050.

2.  That the Judgment in this case be amended to order restitution in the following amounts:

   a)  $3,000 to
       "Amy"
       c/o MARSH LAW FIRM
       Box 4668 #65135
       New York, New York 10163-4668

   b)  $3,000 to
       "Casseaopeia"
       c/o MARSH LAW FIRM
       Box 4668 #65135
       New York, New York 10163-4668

   c)  $1,050 to
       "Carol L. Hepburn in trust for Sarah"
       2722 Eastlake Avenue E. Suite 200
       Seattle, WA 98102

STIPULATION REGARDING RESTITUTION         1

IT IS SO STIPULATED.

Dated:  November 22, 2021                                  PHILLIP A. TALBERT
                                                                                  Acting United States Attorney

                                                                                   /s/ MATTHEW G. MORRIS
                                                                                  MATTHEW G. MORRIS
                                                                                  Assistant United States Attorney

Dated:  November 22, 2021                                   /s/ JEROME PRICE
                                                                                  JEROME PRICE
                                                                                  Counsel for Defendant
                                                                                  CHAD CARL JAYCOX

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  November 22, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE