UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CHAD CARL JAYCOX,<br>Defendant. | No. 2:14-cr-00010 WBS<br><br>ORDER |

----oo0oo----

The court has received defendant Chad Carl Jaycox's motion for a recommendation to transfer to a residential reentry center. (Docket No. 166). The government is ORDERED to file its response to defendant's motion on or before September 8, 2026. The court will take the motion under submission without a hearing unless otherwise ordered.

Dated: September 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE