UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHAD CARL JAYCOX,

Defendant.

No. 2:14-cr-00010 WBS

ORDER DENYING DEFENDANT'S MOTION FOR POST-SENTENCING RECOMMENDATION FOR RESIDENTIAL REENTRY CENTER PLACEMENT

----oo0oo----

Defendant moves for a recommendation to transfer him to the San Francisco or Oakland residential reentry center for the final seven months of his sentence. (Mot. (Docket No. 166).)

A court has discretion to "issue recommendations regarding RRC placement on a post-sentencing motion." United States v. Hoffman, No. 2:15-CR-00234-JAM-1, 2018 WL 6634378, at *2 (E.D. Cal. Dec. 19, 2018); see also United States v. Ceballos, 671 F.3d 852, 855 (9th Cir. 2011) (holding judicial recommendations do not bind the Bureau of Prisons).

Defendant's case manager originally recommended him for a nine- to twelve-month placement in the Sacramento RRC. (Mot. at 2.) That RRC denied his request twice: first for lack of bed space, and second because defendant is a sex offender. (Id.) Defendant's case manager then successfully obtained defendant's placement in the Oakland RRC for four months.

Defendant argues that this reduction in term was "drastic[]" and done "without a full reassessment of his severe re-entry deficits." (Id.) Four months, he contends, will be "insufficient time for an individual returning to society after a 13 year period of incarceration, particularly one without family support or housing." (Id. at 3.) He believes that a seven-month placement will let him "secure stable employment, obtain permanent housing, and establish a functional support network." (Id.)

Defendant, however, offers no compelling reason why this court should second-guess the Bureau of Prisons' RRC eligibility and placement process. To the contrary, his case manager has diligently worked to secure his four-month placement in the Oakland facility in spite of the Sacramento facility rejecting him twice. Accordingly, the court declines to issue the requested recommendation; the motion is hereby DENIED.

IT IS SO ORDERED.

Dated: September 24, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE